UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY MASON,

    Plaintiff,

                                          CIVIL NO.: 13-11472
v.                                      HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Mark A. Randon's Report and Recommendation, wherein the Magistrate Judge recommends that Plaintiff's case be dismissed with prejudice for failure to prosecute. The basis of the Magistrate Judge's recommendation is that Plaintiff has failed to file a motion for summary judgment, as directed by the Court. Neither party filed any objections to the Report and Recommendation.

After a thorough review of the court file and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Accordingly, the Court hereby ORDERS that Plaintiff's cause of action be DISMISSED WITH PREJUDICE for failure to prosecute. Judgment shall be entered accordingly.

    IT IS SO ORDERED.

                                                  S/Lawrence P. Zatkoff
September 26, 2013                      LAWRENCE P. ZATKOFF
                                                  UNITED STATES DISTRICT JUDGE